UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
NICHOLAS G. JENKINS, )
) No. C09-840RSL
               Plaintiff, )
  v. )
) ORDER TO SHOW CAUSE
WASHINGTON STATE GAMBLING )
COMMISSION, et al., )
)
               Defendants. )
_____)

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on June 18, 2009. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than November 19, 2009.

DATED this 3rd day of November, 2009.

                                                       /s/ Robert S. Lasnik
                                                       Robert S. Lasnik
                                                       United States District Judge

ORDER TO SHOW CAUSE